IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:01-CR-90-H-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| JAMES CURTIS JOHNSON | ) | |

Upon motion of the United States, it is hereby ORDERED Docket Entry Number 54 be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a signed copy of the Order to the United States Attorney's Office.

This the 28th day of October, 2013.

_____
MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE