# Executive Grant of Clemency

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

**AFTER CONSIDERING THE APPLICATIONS** for executive clemency of each of the following named persons, I hereby commute the total sentence of imprisonment each of the following named persons is now serving to expire on **October 6, 2018**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence. I also direct the Bureau of Prisons to make immediately available to each named person the Residential Drug Abuse Program (RDAP). Further, I condition the grant of commutation to each of the following named persons on that person enrolling in the RDAP program by written agreement, as evidenced by that person's signing, within 14 days of that person's receipt of a certified copy of this document, a receipt verifying his or her acceptance of the commutation granted with all of its conditions, including enrollment in RDAP:

| | |
|---|---|
| **Ronald Baskin** | Reg. No. 06404-090 |
| **Ivan Calhoun** | Reg. No. 40647-074 |
| **Alonzo Devon Campbell** | Reg. No. 40782-039 |
| **Lemond Carmickel** | Reg. No. 25907-044 |
| **Marc Collins** | Reg. No. 08544-028 |
| **Ernest Mordeau Deas** | Reg. No. 43565-019 |
| **Nicholas Jolise Deering** | Reg. No. 09328-030 |
| **Delvin R. Dixon** | Reg. No. 08667-030 |
| **Nathan Robert Engel** | Reg. No. 09004-030 |
| **Anthony P. Flemming** | Reg. No. 09147-068 |
| **Lee Aaron George** | Reg. No. 13861-078 |
| **Marty Herndon** | Reg. No. 99766-071 |
| **James Curtis Johnson** | Reg. No. 19836-056 |
| **Christian Jones** | Reg. No. 29950-013 |
| **Gerald Lofton** | Reg. No. 31627-160 |
| **Maria Conchita Marino** | Reg. No. 17754-047 |
| **Jimmy Phillip Medina** | Reg. No. 11471-081 |
| **Arlana Doris Moore** | Reg. No. 52556-280 |
| **Randy Patterson** | Reg. No. 40563-074 |
| **Cornelius D. Porter** | Reg. No. 19356-083 |
| **Jason Rakel** | Reg. No. 12822-035 |
| **Jose Ramon Rivas** | Reg. No. 42832-004 |
| **Kevin Dwayne Rodgers** | Reg. No. 36687-177 |
| **Jose Elias Salinas** | Reg. No. 13907-078 |
| **Eugene Durst Self** | Reg. No. 76522-080 |
| **Kamal Sims** | Reg. No. 08669-028 |
| **James Harold Smith** | Reg. No. 12108-084 |
| **Chip J.W. Teague** | Reg. No. 03710-063 |
| **Shannon Alexander Washington** | Reg. No. 06840-032 |

I hereby further commute the total sentence of imprisonment imposed upon **Michael Jay Bertram**, Reg. No. 11103-029, to a term of **168 months' imprisonment**, leaving intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence. I also direct the Bureau of Prisons to make available to the said **Michael Jay Bertram**, Reg. No. 11103-029, the Residential Drug Abuse Program (RDAP) at an appropriate time, before his prison sentence expires. Further, I condition this grant of commutation to the said **Michael Jay Bertram**, Reg. No. 11103-029, on him enrolling in RDAP by written agreement, as evidenced by his signing, within 14 days of his receipt of a certified copy of this document, a receipt verifying his acceptance of the commutation granted with all of its conditions, including enrollment in RDAP.

I hereby further commute the total sentence of imprisonment imposed upon **Roger Law**, Reg. No. 10343-023, to expire on **October 6, 2018**. I also remit the unpaid balance of the $2,000 fine imposed upon him. I leave intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence. I also direct the Bureau of Prisons to make immediately available to the said **Roger Law**, Reg. No. 10343-023, the Residential Drug Abuse Program. Further, I condition this grant of commutation to the said **Roger Law**, Reg. No. 10343-023, on him enrolling in RDAP by written agreement, as evidenced by his signing, within 14 days of his receipt of a certified copy of this document, a receipt verifying his acceptance of the commutation granted with all of its conditions, including enrollment in RDAP.

I hereby further commute the total sentence of imprisonment imposed upon **Derrick Drake Price**, Reg. No. 57775-080, to a term of **211 months' imprisonment**, leaving intact and in effect the five-year term of supervised release with all its conditions and all other components of the sentence. I also direct the Bureau of Prisons to make available to the said **Derrick Drake Price,** Reg. No. 57775-080, the Residential Drug Abuse Program (RDAP) at an appropriate time, before his prison sentence expires. Further, I condition this grant of commutation to the said **Derrick Drake Price,** Reg. No. 57775-080, on him enrolling in RDAP by written agreement, as evidenced by his signing, within 14 days of his receipt of a certified copy of this document, a receipt verifying his acceptance of the commutation granted with all of its conditions, including enrollment in RDAP.

I hereby further commute the total sentence of imprisonment imposed upon **Shane Alan Taylor**, Reg. No. 11139-081, to expire on **October 6, 2018**. I also remit the unpaid balance of the $3,039.03 restitution obligation imposed upon him. I leave intact and in effect the five-year term of supervised release with all its conditions and all other components of the sentence. I also direct the Bureau of Prisons to make immediately available to the said **Shane Alan Taylor**, Reg. No. 11139-081, the Residential Drug Abuse Program. Further, I condition this grant of commutation to the said **Shane Alan Taylor**, Reg. No. 11139-081, on him enrolling in RDAP by written agreement, as evidenced by his signing, within 14 days of his receipt of a certified copy of this document, a receipt verifying his acceptance of the commutation granted with all of its conditions, including enrollment in RDAP.

**THIS GRANT SHALL** become effective as to each of the above-named persons only upon the delivery and presentment of a certified copy of this document to that person and upon that person's acceptance of the conditional terms of the grant. I further direct that once the receipt has been signed by the grant recipient, the Bureau of Prisons shall immediately forward an ELECTRONIC COPY of the receipt to the Office of the Pardon Attorney, which will deliver that copy to appropriate personnel in the Bureau of Prisons Designation and Sentence Computation Center, who will recalculate the projected release dates of each respective recipient. Failure of a person to sign the receipt and accept the conditional terms of the commutation grant will render the grant of commutation null and void only as to the person who rejected the grant, and not to all persons named herein.

**I HEREBY DESIGNATE**, direct, and empower the Pardon Attorney, as my representative, to deliver to the Bureau of Prisons a certified copy of the signed warrant as evidence of my action in order to carry into effect the terms of these grants of clemency, and to deliver a certified copy of the signed warrant to each of the persons to whom I have granted clemency as evidence of my action.

**IN TESTIMONY WHEREOF** I have hereunto signed my name and caused the seal of the Department of Justice to be affixed.



*Done at the City of Washington this Sixth day of October in the year of our Lord Two thousand and sixteen and of the Independence of the United States the two hundred and forty-first.*

**BARACK OBAMA**
**President**